IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harvey, Eugene M | Case Number: 07 B 07857 |
| | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 4/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 193.50 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 183.05 |
| Trustee Fee: | | 10.45 |
| Other Funds: | | 0.00 |
| Totals: | 193.50 | 193.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 183.05 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 31,643.70 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 143.07 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 7.56 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 517.15 | 0.00 |
| 6. | CRB Service | Unsecured | 26.99 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 353.00 | 0.00 |
| 8. | ER Solutions | Unsecured | 42.86 | 0.00 |
| 9. | Greater Chicago Finance | Unsecured | 60.55 | 0.00 |
| 10. | Illinois State Tollway | Unsecured | 115.25 | 0.00 |
| 11. | Greater Chicago Finance | Unsecured | 628.42 | 0.00 |
| 12. | Nicor Gas | Unsecured | 341.63 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 29.06 | 0.00 |
| 14. | Apria Healthcare | Unsecured | 187.83 | 0.00 |
| 15. | Tawana Hood | Priority | | No Claim Filed |
| 16. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 17. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 18. | CRB Service | Unsecured | | No Claim Filed |
| 19. | Collection Company Of America | Unsecured | | No Claim Filed |
| 20. | CRB Service | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | CRB Service | Unsecured | | No Claim Filed |
| 23. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 24. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 25. | Harris Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Harvey, Eugene M | Case Number: 07 B 07857 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 4/30/07 |

| | | | |
|---|---|---|---|
| 26. Greenwich Finance LLC D/B/A | Unsecured | | No Claim Filed |
| 27. H&F Law | Unsecured | | No Claim Filed |
| 28. Harris Bank | Unsecured | | No Claim Filed |
| 29. Medical Collections | Unsecured | | No Claim Filed |
| 30. John H Stroger Jr Hospital | Unsecured | | No Claim Filed |
| 31. Unv Fidity | Unsecured | | No Claim Filed |
| | | $ 36,581.07 | $ 183.05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 10.45 |
| | $ 10.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____